Oc

BRUCE W. KELLEY
Nevada Bar No. 7331
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com

Attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| RANDY WAGNER,<br><br>               Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation, DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive,<br><br>               Defendants. | CASE NO.: 2:18-cv-01977-JCM-NJK |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Kirk T. Kennedy, Esq. attorney for the Plaintiff RANDY WAGNER and Bruce William Kelley, Esq. of the law offices of ATKIN WINNER & SHERROD, attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY that the above-entitled matter be dismissed with prejudice,

A Joint Discovery Plan has not been filed and a Trial has not been set.

Each party to bear their own costs and attorneys' fees.

//
//
//
//

Oct. 29.

| | |
|---|---|
| Dated: November 7, 2018 | ATKIN WINNER & SHERROD |
| | /s/ Bruce W. Kelley #14427 |
| | Bruce W. Kelley<br>Nevada Bar No. 7331<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY |
| Dated: November 7, 2018 | KIRK T. KENNEDY |
| | /s/ Kirk T. Kennedy |
| | Kirk T. Kennedy<br>Nevada Bar No. 5032<br>815 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff RANDY WAGNER |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED November 15, 2018.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE